UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARCUS GERLACH, et al.,

        Plaintiffs,

    v.

CITY OF BAINBRIDGE ISLAND, et al.,

        Defendants.

CASE NO. C11-5854BHS

ORDER DENYING PLAINTIFFS' MOTION FOR RECONSIDERATION

This matter comes before the Court on Plaintiffs' motion for reconsideration (Dkt. 24). The Court has considered the pleadings filed in support of and opposition to the motion and the remainder of the file and hereby denies the motion for the reasons stated herein.

**I. FACTUAL AND PROCEDURAL HISTORY**

For a more complete procedural and factual history, see the Court's order on Defendants' motion for summary judgment. Dkt. 23. On August 7, 2012, the Court granted in part Defendants' motion for summary judgment and remanded this action to the court in which it was filed. Dkt. 23.

ORDER - 1

1    On August 16, 2012, Plaintiffs filed a motion for reconsideration of the Court's

2 order. Dkt. 24. The Court requested a response from Defendants which was filed on

3 September 24, 2012 (Dkt. 32) and on September 27, 2012, Plaintiffs replied (Dkt. 38).

## II. DISCUSSION

5    Motions for reconsideration are governed by Local Rule CR 7(h), which provides

6 as follows:

> Motions for reconsideration are disfavored. The court will ordinarily deny
> such motions in the absence of a showing of manifest error in the prior
> ruling or a showing of new facts or legal authority which could not have
> been brought to its attention earlier with reasonable diligence.

Local Rule CR 7(h)(1).

   Having considered Plaintiffs' motion for reconsideration, Defendants' response and Plaintiffs' reply, the Court concludes that although Plaintiffs present what may be considered "new" facts, they have failed to show how such facts would change the Court's analysis and conclusion in its order on their motion for summary judgment. Plaintiffs' argument in seeking reconsideration of the Court's ruling regarding Defendant Joshua Machen's ("Machen") qualified immunity are neither relevant nor material to the Court's decision for the same reasons their earlier arguments failed to defeat his qualified immunity defense. In addition, Plaintiffs fail to present new facts or otherwise show manifest error in the Court's ruling on their claim under RCW 64.40. Finally, Plaintiffs fail to show relevant or material facts that would require the Court to change its ruling on the motion for continuance under Rule 56(d) of the Federal Rules of Civil Procedure.

## III. ORDER

Therefore, it is hereby **ORDERED** that Plaintiffs' motion for reconsideration (Dkt. 24) is **DENIED**.

Dated this 16th day of October, 2012.

BENJAMIN H. SETTLE
United States District Judge